Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3700
Orange, CA 92868
Phone (714) 621-0200

**United States Bankruptcy Court**
**Central District of California**

|  |  |
|---|---|
|  | ) Chapter 13 |
| John Corbett | ) Case No.: 8:19-bk-14548-MW |
| Lorene Corbett | ) **NOTICE OF UNCLAIMED DIVIDEND** |
|  | ) **(Bankruptcy Rule 3011)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **303466** in the sum of **$18,386.94** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011.  The name and address of the party entitled to said unclaimed dividend is as follows:

    John Corbett
    Lorene Corbett
    25491 Alisal Avenue
    Laguna Hills, CA 92653

Date: May 20, 2021          __/S/_____
                            Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|---|
| 1914548 | John & Lorene Corbett | | | XXX-XX-0885 | 18,386.94 | 0.00 | 18,386.94 |
| | ACCT: | Claim: 00000 | UCI: | XXX-XX-3432 | | | |
| | | | TOTALS | | 18,386.94 | 0.00 | 18,386.94 |

John Corbett
Lorene Corbett
BALANCE:        0.00    [0.00 104/00000]
SSN: XXX-XX-0885    SSN: XXX-XX-3432
ACCT:                        CASE: 1914548
PRINCIPAL:    18,386.94    INTEREST:    0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING HEXAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA 92856

SUNTRUST
800-786-8787

64-79
611

0303466
May 07, 2021
VOID 90 DAYS FROM DATE

****$18,386.94

PAY    Eighteen Thousand Three Hundred Eighty Six And 94 / 100 Dollars

TO THE ORDER OF    U.S. BANKRUTCY COURT FISCAL DEPT.
255 E. TEMPLE STREET
LOS ANGELES, CA 90012

⑈0303466⑈ ⑆061100790⑆ 000000575186 2⑈